Received
6 pages
4-29-09

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹  DATE  4-29-09

NAME OF SERVER (PRINT)  William J. Murphy    TITLE  law clerk

Check one box below to indicate appropriate method of service

[✓] Served person upon the defendant. Place where served: Sterling High School, 801 Preston Ave, Somerdale, NJ 08083 to Mr. John Gardiner

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

TRAVEL              SERVICES           TOTAL
16 miles

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/29/09
            Date                        Signature of Server

                                        31 N. Maple Ave, Apt 15, Marlton, NJ 08053
                                        Address of Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure