JAMIE EPSTEIN, ATTORNEY AT LAW
1101 Rte 70 West
Cherry Hill, NJ. 08002
Tel.: (856) 428-0710
Attorney for: Plaintiffs
------------------------------------------------------DISTRICT OF NEW JERSEY------------------------------------------------------

| | | |
|---|---|---|
| D.M., a minor, individually and by her | : | |
| Parents, D.M., | : | |
| Plaintiffs | : | |
| vs. | : | CIVIL ACTION 08 cv 5414 (JHR) |
| | : | |
| Sterling High School Board of Education, | : | |
| Defendant | : | **AFFADAVIT IN SUPPORT OF** |
| _____: | | **MOTION TO VACATE JUDGMENT** |

## AFFIDAVIT

I, Jamie Epstein, as an officer of the court, do hereby affirm to the following facts:

1.      Original service was made on the defendant STERLING HIGH SCHOOL BOARD OF EDUCATION on 11/13/08, and defendant had until 12/3/08 to answer. [Docket entry 3].

2.      Request for default was made on 12/20/08 and entered on 12/20/08.[Docket entry 4].

3.      We subsequently discovered this was an improper service.

4.      We requested an alias summons on 4/22/09 [Docket entry 5], and on 4/29/09 defendant was properly served. [Docket entry 7].

5.      Accordingly we request this Court vacate the aforementioned Default.

<u>AFFIRMATION</u>

I affirm the facts contained within the foregoing statements are true to the best of my knowledge information and belief.  I am aware if any of the foregoing statements are found to be willfully false, I am subject to punishment.

Respectfully submitted,

_____
JAMIE EPSTEIN